IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. KIMBROUGH, | Case No. 4:12-cv-03100 |
| Plaintiff, | |
| v. | MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES NOW the Plaintiff and moves the Court for an Order dismissing the above-captioned action, with prejudice, each party to bear their own costs.

WHEREFORE, Plaintiffs pray for an Order from this Court sustaining this Motion and dismissing Plaintiffs' action, with prejudice, each party to bear their own costs.

Dated this 4th day of September, 2012.

        RICHARD B. KIMBROUGH,
        Plaintiff,

By: *[signature]*
James A. Cada, #10553
Edward F. Hoffman, #21397
Linda M. Jewson, #22910
1024 K Street
Lincoln, NE 68508
(402) 477-2233