IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. KIMBROUGH,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 4:12CV3100<br><br><br>ORDER |

    This matter is before the Court on the motion to dismiss filed by plaintiff Richard B. Kimbrough. Filing 3. Kimbrough has moved to dismiss the case, with prejudice, each party to bear its own costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Kimbrough may dismiss this action without the Court's approval. Accordingly,

    IT IS ORDERED:

1. Kimbrough's motion to dismiss (filing 3) is granted;

2. The case is dismissed, with prejudice and with each party to bear its own costs; and

3. A separate judgment will be entered.

Dated this 5th day of September, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge