IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. KIMBROUGH,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 4:12CV3100<br><br>JUDGMENT |

    In accordance with the accompanying order, this case is dismissed, with prejudice, each party to bear its own costs.

    Dated this 5th day of September, 2012.

                                              BY THE COURT:

                                              _____
                                              John M. Gerrard
                                              United States District Judge